IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03082-LTB

CURT ALLEN SIGLER,

      Plaintiff,

v.

PATRICIA ANN SIGLER (a/k/a Patricia Marchetti),

      Defendant.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 4, 2013, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 4 day of February, 2013.

              FOR THE COURT,

              JEFFREY P. COLWELL, Clerk


              By: s/ S. Grimm
                 Deputy Clerk